# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br>　　　　　　　　Defendant. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 21]**<br><br>**[Second Request]** |

　　COMES NOW Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendant North American Title Insurance Company ("NATIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];
2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];
3. Christiana Trust's original deadline to respond to NATIC's Motion to Dismiss was Friday, September 15, 2022; however, the Parties filed a stipulation to extend Christiana Trust's deadline until Monday, September 19, 2022, which remains pending.
4. Counsel for Christiana Trust has endeavored to finalize the response, but has fallen ill.

5. Christiana Trust's counsel is therefore requesting a brief extension until Friday, September 23, 2022 to file its response to the pending Motion to Dismiss;

6. Counsel for NATIC does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 19th day of September, 2022. | DATED this 19th day of September, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* <br> Lindsay D. Dragon, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3* | */s/ Sophia S. Lau* <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorney for Defendant, North American Title Insurance Company* |

**IT IS SO ORDERED.**

DATED: September 20, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRCIT JUDGE