# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF No. 21] AND TO RESPOND TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 27]**<br><br>(**First Request**) |

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];

2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];

3. On September 23, 2022, Christiana Trust filed its Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF No. 27];

4. NATIC's deadline to file a Reply in Support of its Motion to Dismiss is currently September 30, 2022;

5. NATIC's deadline to respond to Christiana Trust's Countermotion for Partial Summary Judgment is currently October 14, 2022;

6. NATIC's counsel is requesting a 30-day extension until November 14, 2022 to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment;

7. This extension is requested to allow counsel for NATIC additional time to review and respond to the points and authorities cited to in the pending Motions;

8. Counsel for Christiana Trust does not oppose the requested extension;

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: September 26, 2022

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: _/s/- Scott E. Gizer_
 SCOTT E. GIZER
 SOPHIA S. LAU
 Attorneys for Defendant North American Title Insurance Company

Dated: September 26, 2022

WRIGHT, FINLAY & ZAK, LLP

By: _/s/ - Lindsay D. Dragon_
 LINDSAY D. DRAGON
 Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3

**IT IS SO ORDERED.**

DATED:  September 28, 2022      By: _[signature]_
 ANNE R. TRAUM
 UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER FOR EXTENSION OF TIME**

693988.1