**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,

Plaintiff,

vs.

NORTH AMERICAN TITLE INSURANCE COMPANY,

Defendant.

Case No.: 2:19-cv-01868-ART-VCF

**ORDER APPROVING**

**STIPULATION FOR EXTENSION OF TIME FOR NORTH AMERICAN TITLE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF No. 21]**

**(Second Request)**

**AND STIPULATION FOR EXTENSION OF TIME FOR CHRISTIANA TRUST TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 27]**

**(First Request)**



Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];

2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];

3. On September 23, 2022, Christiana Trust filed its Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF No. 27];

4. On September 26, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to November 14, 2022 [ECF No. 29];

5. NATIC's counsel is requesting a 7-day extension until November 21, 2022, to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment;

6. Christiana Trust is requesting a 7-day extension until December 5, 2022, to file its Reply in support of its Countermotion for Partial Summary Judgment;

7. These extensions are requested to allow counsel for the parties additional time to review and respond to the points and authorities cited to in the pending Motions;

8. Counsel for the parties do not oppose the requested respective extensions;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is NATIC's second request for an extension of time to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment which is made in good faith and not for purposes of delay.

10. This is Christiana Trust's first request for an extension of time to file its Reply in support of its Countermotion for Partial Summary Judgment which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 14, 2022

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: *\/s/- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant North American Title Insurance Company

Dated: November 14, 2022

WRIGHT, FINLAY & ZAK, LLP

By: */s/ - Lindsay D. Dragon*
DARREN T. BRENNER
LINDSAY D. DRAGON
Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3

**IT IS SO ORDERED.** The Court further reminds the parties to comply with LR IC 2-2(b) for future filings. LR IC 2-2(b) requires for each type of relief requested or purpose of document, separate documents must be filed, and separate events must be selected for that document.

DATED: November 14, 2022

By: [signature]
Anne R. Traum
UNITED STATES JUDGE

