# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR NORTH AMERICAN TITLE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF No. 21]**<br><br>(**Third Request**) |



**STIPULATION AND ORDER FOR EXTENSION OF TIME**

703148.1

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];

2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];

3. On September 23, 2022, Christiana Trust filed its Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF No. 27];

4. On September 26, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to November 14, 2022 [ECF No. 29];

5. On November 14, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to November 21, 2022 [ECF No. 34];

6. NATIC's counsel is requesting a further 14-day extension until December 5, 2022, to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment;

7. This extension is requested to allow counsel for NATIC additional time to review and respond to the points and authorities cited to in the pending Motions and additional time to confer with their client;

8. Counsel for Christiana Trust does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is NATIC's third request for an extension of time to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 21, 2022          EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP

                                  By: _/s/- Sophia S. Lau_
                                   SCOTT E. GIZER
                                   SOPHIA S. LAU
                                   Attorneys for Defendant North American Title
                                   Insurance Company

Dated: November 21, 2022          WRIGHT, FINLAY & ZAK, LLP

                                  By: _/s/ - Lindsay D. Dragon_
                                   DARREN T. BRENNER
                                   LINDSAY D. DRAGON
                                   Attorneys for Plaintiff Christiana Trust, a
                                   Division of Wilmington Savings Fund Society,
                                   FSB, not in its Individual Capacity but as
                                   Trustee of ARLP Trust 3

**IT IS SO ORDERED.**

DATED:   November 23, 2022        By: _[signature]_
                                   Anne R. Traum
                                   United States District Judge



703148.1

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME**