# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NORTH AMERICAN TITLE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND RESPOND TO COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 21]**<br><br>(**Fourth Request**) |



**STIPULATION AND ORDER FOR EXTENSION OF TIME**

705002.1

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];

2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];

3. On September 23, 2022, Christiana Trust filed its Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment [ECF No. 27];

4. On September 26, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to November 14, 2022 [ECF No. 29];

5. On November 14, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to November 21, 2022 [ECF No. 34];

6. On November 21, 2022, the Court approved an extension of time for NATIC to respond to Christiana Trust's Response to NATIC's Motion to Dismiss and Countermotion for Partial Summary Judgment to December 5, 2022 [ECF No. 35];

7. Prior to the December 5, 2022, response deadline, NATIC's counsel requested, and Christiana Trust's counsel agreed, to a further extension until January 11, 2023, for NATIC to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment;

8. However, the Parties inadvertently failed to file the proposed stipulation;

9. The Parties did not become aware that the stipulation was not filed until December 14, 2022;

10. This extension is requested to allow counsel for NATIC additional time to review and respond to the points and authorities cited to in the pending Motions and additional time to confer with their client, in light of the upcoming holidays;

11. Counsel for Christiana Trust does not oppose the requested extension;

1
**STIPULATION AND ORDER FOR EXTENSION OF TIME**

705002.1

12. This is NATIC's fourth request for an extension of time to file its Reply in Support of the Motion to Dismiss and to respond to Christiana Trust's Countermotion for Partial Summary Judgment which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated:  December 15, 2022

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:  */s/- Sophia S. Lau*
SCOTT E. GIZER
SOPHIA S. LAU
Attorneys for Defendant North American Title Insurance Company

Dated:  December 15, 2022

WRIGHT, FINLAY & ZAK, LLP

By:  */s/ - Lindsay D. Dragon*
DARREN T. BRENNER
LINDSAY D. DRAGON
Attorneys for Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3

**IT IS SO ORDERED.**

DATED:  December 20, 2023

By:  [signature]
Anne R. Traum
United States District Court Judge

