WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 27]**<br><br>**(Third Request)** |

COMES NOW Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and Defendant North American Title Insurance Company ("NATIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];
2. On September 1, 2022, NATIC filed a Motion to Dismiss [ECF No. 21];
3. On September 23, 2022, Christiana Trust filed its Response to NATIC's Motion to Dismiss [ECF No. 26] and Countermotion for Partial Summary Judgment [ECF No. 27];
4. On January 11, 2023, NATIC filed its Reply in support of its Motion to Dismiss and Opposition to Christiana Trust's Countermotion for Partial Summary Judgment [ECF No. 39];

5. Christiana Trust's deadline to file its reply in support of its Countermotion for Partial Summary Judgment is currently March 20, 2023 [ECF No. 44];

6. Christiana Trust's counsel is requesting a brief four-day extension though and including March 24, 2023 to file its reply in support of its Countermotion for Partial Summary Judgment;

7. This extension is requested to allow counsel for Christiana Trust additional time to review and finalize the Reply, as counsel's server will not be accessible between 3/18-3/19;

8. Counsel for NATIC does not oppose the requested extension;

9. This is the third request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 17th day of March, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

DATED this 17th day of March, 2023.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

DATED: 3/17/2023

_____
UNITED STATES DISTRICT COURT JUDGE