# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 2:19-cv-01868-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND TIME FOR NORTH AMERICAN TITLE INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO STAY [ECF No. 47]**<br><br>(**First Request**) |

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 18, 2022, Christiana Trust filed its First Amended Complaint [ECF No. 20];

2. On March 22, 2023, NATIC filed a Motion to Stay the Action [ECF No. 47];

3. On April 5, 2023, Christiana Trust filed its Opposition to NATIC's Motion to Stay [ECF No. 47];

4. NATIC's deadline to file its reply in support of its Motion to Stay is currently April 12, 2023;

8. NATIC's counsel is requesting a 7-day extension through and including April 19, 2023 to file its reply in support of the Motion to Stay;

10. This extension is requested to allow counsel for NATIC additional time to review and respond to the points and authorities cited in the Opposition to the Motion to Stay [ECF No. 49];

11. Counsel for Christiana Trust does not oppose the requested extension;

12. This is NATIC's first request for an extension of time to file its reply in support of the Motion to Stay, which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11th day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

DATED this 11th day of April, 2023.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

DATED: April 12, 2023   By: _____
Anne R. Traum
United States District Court Judge



1
**STIPULATION AND ORDER FOR EXTENSION OF TIME**

721937.1