

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01868-ART-MDC<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

///

///

///

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed in its entirety with prejudice with each party to bear its own fees and costs.

DATED this 26th day of April, 2024.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ -- Scott E. Gizer*
Scott E. Gizer, Esq.
Nevada Bar No. 12216
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, North American Title Insurance Company*

DATED this 26th day of April, 2024.

WRIGHT, FINLAY & ZAK, LLP

By: */s/ -- Yanxiong Li*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

**IT IS SO ORDERED.**

DATED: May 1, 2024

By: [signature]
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW